# Third District Court of Appeal

## State of Florida

Opinion filed October 2, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2093
Lower Tribunal No. 23-16594
_____

**Casey Myers,**
Appellant,

vs.

**Luis Jose Molla, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Casey Myers, in proper person.

Lapin & Leichtling, LLP, and Justin G. Prociv, for appellees.

Before LOGUE, C.J., and LINDSEY and GORDO, JJ.

PER CURIAM.

"In appellate proceedings the decision of a trial court has the presumption of correctness and the burden is on the appellant to

demonstrate error." <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979).  On the record before us, we find no reversible error and affirm.

Affirmed.